**6713**

CANCELLATION

AND NOT

REISSUED